HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
REED GRANTHAM, CA SBN 294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUADALUPE HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00083-DAD |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO TEEN CHALLENGE REEDLEY** |
| vs. | |
| GUADALUPE HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Guadalupe Hernandez (Fresno County Sheriff's JID No. 7089657; Booking No. 1936028) shall be released from the Fresno County Jail on Tuesday, December 17, 2019 at 12:00 p.m. to the custody of Federal Public Defender representative Kevin Mitchel. Mr. Mitchel will then transport Mr. Hernandez directly to the Teen Challenge International Reedley-based program located at 42675 Road 44 in Reedley, California 93654 for participation in and completion of the Teen Challenge Reedley's 12-month inpatient treatment program.

While enrolled in the program, Mr. Hernandez is ordered to participate and remain in the program until he satisfies the requirements of the 12-month program. During this time, Mr. Hernandez will remain subject to all terms and conditions of his supervised release. If Mr. Hernandez voluntarily leaves the program at any time prior to completing the program, or if he is

/////

terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions.

IT IS SO ORDERED.

Dated: __**December 16, 2019**__         _____
                                                     UNITED STATES DISTRICT JUDGE