1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   GUADALUPE HERNANDEZ
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:18-cr-00083-DAD
12 | Plaintiff, | **[PROPOSED] ORDER FOR RELEASE AND TRANSPORT TO TEEN CHALLENGE REEDLEY**
13 | vs. | **(Doc. 46)**
14 | GUADALUPE HERNANDEZ, |
15 | Defendant. |

16

17        IT IS HEREBY ORDERED that defendant Guadalupe Hernandez (Kern County Sheriff's

18 #2297417) shall be released from the Lerdo Pre-Trial Facility in Kern County on Monday, June

19 28, 2021 at 8:00 a.m. and immediately and directly transported to the Teen Challenge Reedley

20 residential rehabilitation program, located at 42675 Rd 44, Reedley, CA 93654, for intake and

21 admission into the program. To ensure his safe and immediate transport to Teen Challenge

22 Reedley, the Lerdo Pre-Trial Facility will release Mr. Hernandez only to Adelina Silva, for

23 immediate and direct transport to the Teen Challenge Reedley facility.

24        Defense counsel has been informed by Teen Challenge Reedley that the program is

25 expecting Mr. Hernandez's arrival at their facility on June 28, 2021, for intake and processing.

26 Defense counsel has also been informed that Teen Challenge Reedley will accept proof of Mr.

27 Hernandez's full vaccination for the COVID-19 virus in lieu of requiring a negative COVID-19

28

test at the time of intake. Ms. Silva is in possession of Mr. Hernandez's proof of vaccination for the COVID-19 virus and will bring such proof with her on June 28, 2021.

If for any reason Teen Challenge Reedley does not admit Mr. Hernandez, or if he chooses to not enroll in the program, Ms. Silva will immediately and directly return Mr. Hernandez to the Lerdo Pre-Trial Facility on June 28, 2021, where he will be detained until further order of this Court.

While enrolled in the program, Mr. Hernandez is ordered to participate and remain in the program until he satisfies the requirements of the residential program or until further order of this Court. During this time, Mr. Hernandez will remain subject to all terms and conditions of his supervised release previously ordered. If Mr. Hernandez voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions. The above release and transport details have been reviewed by Mr. Hernandez's probation officer, Officer Nicole Wright, and government counsel.

IT IS SO ORDERED.

Dated: **June 25, 2021**  **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE

-2-

Hernandez – Order for Release