HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GUADALUPE HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00083-DAD |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; EXHIBIT; ORDER THEREON** |
| vs. | |
| GUADALUPE HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Guadalupe Hernandez, that the status conference scheduled for September 8, 2021, at 2:00 p.m. may be continued to November 8, 2021, at 2:00 p.m.

Mr. Hernandez made his initial appearance in this matter on June 8, 2021. *See* Dkt. #40. A detention hearing was held on June 22, 2021. *See* Dkt. #45. At the detention hearing, Mr. Hernandez was ordered released to participate in the Teen Challenge Reedley treatment program, however, his release was delayed until June 25, 2021. *See* Dkt. #45, #47. Mr. Hernandez has resided at the Teen Challenge Reedley program since that date. Teen Challenge Reedley has provided the attached letter indicating that Mr. Hernandez remains in good standing and is actively participating in the program. *See* Exhibit A.

Defense counsel requires additional time to meet with Mr. Hernandez and to discuss possible resolution options with all parties. Defense counsel has confirmed the availability of the proposed date with both government counsel and the assigned probation officer. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: September 2, 2021    /s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 2, 2021    /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
GUADALUPE HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for September 8, 2021, at 2:00 p.m. is hereby continued to November 8, 2021, at 2:00 p.m. before the duty magistrate.

Dated: **September 7, 2021**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Hernandez – Stipulation to Continue Status Conference    2