| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | GUADALUPE HERNANDEZ |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00083-DAD |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| GUADALUPE HERNANDEZ, | DATE: June 13, 2022 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Guadalupe Hernandez, that the sentencing hearing currently scheduled for March 21, 2022, at 9:00 a.m. may be continued to June 13, 2022, at 9:00 a.m.

Mr. Hernandez made his initial appearance in this matter on June 8, 2021. *See* Dkt. #40. A detention hearing was held on June 22, 2021. *See* Dkt. #45. At the detention hearing, Mr. Hernandez was ordered released to participate in the Teen Challenge Reedley treatment program, however, his release was delayed until June 25, 2021. *See* Dkt. #45, #47. On November 8, 2021, Mr. Hernandez appeared by Zoom from the Teen Challenge Reedley program and admitted Charges 1, 2, 3, and 4 of the supervised release violation petition before the magistrate court. *See* Dkt. #54. At the time, sentencing was set for December 14, 2021. *See* Dkt. #54. On November

1  24, 2021, the parties filed a stipulation requesting that sentencing be continued until March 21, 2022, so that the parties could monitor Mr. Hernandez's progress in the program. Mr. Hernandez has resided at the Teen Challenge Reedley program since June 2021. Teen Challenge Reedley has indicated that Mr. Hernandez remains in good standing and is actively participating in the program. If Mr. Hernandez successfully completes the program, he would so on June 5, 2022.

Since Mr. Hernandez remains in good standing in the program and is anticipating graduating from the program in early June 2022, the parties, including the assigned probation officer in the matter, are in agreement to continue sentencing in this matter to June 13, 2022, to further monitor Mr. Hernandez's progress. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. As this is a sentencing hearing, no exclusion of time is necessary

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 10, 2022        */s/ Laurel Montoya*
                            LAUREL MONTOYA
                            Assistant United States Attorney
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender

Date: March 10, 2022        */s/ Reed Grantham*
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            GUADALUPE HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for March 21, 2022, at 9:00 a.m. is hereby continued to June 13, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __March 10, 2022__                    *Dale A. Drozd*
                                              UNITED STATES DISTRICT JUDGE